# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 8, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131607

JASON BAKER,
      Plaintiff-Appellee,

v

MICHAEL COUCHMAN,
      Defendant-Appellant,

and

PINCKNEY COMMUNITY SCHOOLS,
      Defendant.

SC: 131607
COA: 264914
Livingston CC: 04-020847-CD

_____/

     On order of the Court, the application for leave to appeal the May 30, 2006 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). The parties may file supplemental briefs within 35 days of the date of this order, but they should avoid submitting a mere restatement of the arguments made in their application papers.

     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 8, 2006

Clerk

p1205